**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7253**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARMEN PEREZ-LOERA,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., District Judge.  (CR-95-112, CA-97-663-2)

---

Submitted:  January 30, 1998         Decided:  March 30, 1998

---

Before MURNAGHAN, WILKINS, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Carmen Perez-Loera, Appellant Pro Se.  David Bernard Smith, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals from the magistrate judge's order denying her motion filed pursuant to Fed. R. Civ. P. 60(b), requesting the court to dismiss her criminal conviction. Although she challenges the validity of her conviction on jurisdictional grounds, she specifically requested the district court not to construe her motion under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the magistrate judge's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Perez-Loera</u>, Nos. CR-95-112; CA-97-663-2 (M.D.N.C. June 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2